UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZHELMA WASHINGTON,

    Plaintiff,

-vs-                                          CASE NO.: 8:16-CV-03056-VMC-MAP

BLUESTEM BRANDS, INC., D/B/A
FINGERHUT,

    Defendant
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ZHELMA WASHINGTON, by and through the undersigned counsel, hereby notifies the Court that the Plaintiff, ZHELMA WASHINGTON, and Defendant, BLUESTEM BRANDS, INC. d/b/a FINGERHUT, have reached a settlement of this matter. The parties are presently drafting and finalizing the settlement agreement and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court. Counsel for the Plaintiff has notified the trial coordinator of the settlement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to: Peter B. King, Esq. (pking@wiandlaw.com), Kimberly A. Koves, Esq. (kkoves@wiandlaw.com) and Ailen Cruz, Esq. (acruz@wiandlaw.com), WINAND GUERRA KING P.A., 5505 West Gray Street Tampa FL 33609 via Email on this 14th day of March, 2017.

                                                    /s/ *Amy Ferrera, Esquire*
                                                    Amy Ferrera, Esquire
                                                    Morgan & Morgan, Tampa, P.A.
                                                    One Tampa City Center
                                                    201 N. Franklin Street, 7th Floor
                                                    Tampa, FL 33602
                                                    Tele: (813) 223-5505
                                                    Fax: (813) 223-5402
                                                    afloyd@forthepeople.com
                                                    Florida Bar #: 15313
                                                    Attorney for Plaintiff