UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZHELMA WASHINGTON,

    Plaintiff,

-vs-                              CASE NO.: 8:16-CV-03056-VMC-MAP

BLUESTEM BRANDS, INC., D/B/A
FINGERHUT,

    Defendant
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Zhelma Washington, and the Defendant, Bluestem Brands, Inc., d/b/a Fingerhut, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this ___ day of April, 2017

| | |
|---|---|
| /s/ Amy Ferrera, Esquire | /s/ Ailen Cruz, Esquire |
| Amy Ferrera, Esquire | Ailen Cruz, Esquire |
| Morgan & Morgan, Tampa, P.A. | Wiand Guerra King, PL |
| One Tampa City Center | 5505 W Gray St |
| 201 Franklin Street, 7th Floor | Tampa, FL 33609 |
| Tampa, FL 33602 | Tele: 813-347-5139 |
| Tele: (813) 223-5505 | Fax: 813-347-5199 |
| Fax: (813) 223-5402 | PKing@wiandlaw.com |
| Florida Bar#: 15313 | Florida Bar#: 105826 |
| amferrera@forthepeople.com | acruz@wiandlaw.com |
| afloyd@forthepeople.com | mmadison@wiandlaw.com |
| Attorney for Plaintiff | Attorney for Defendant |